UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE KAPPES, III, | No. 2:18-cv-0002 JAM DB PS |
| Plaintiff, | |
| v. | ORDER |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302(c)(15).

On February 21, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed February 21, 2020 (ECF No. 22) are adopted in full;

2. Plaintiff's July 22, 2019 motion for summary judgment (ECF No. 19) is denied

3. Defendant's August 21, 2019 cross-motion for summary judgment (ECF No. 20) is granted;

4. The decision of the Commissioner of Social Security is affirmed; and

5. This case is closed.

DATED: March 24, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE